UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CAPITALIA ASSET MANAGEMENT SGR,  :   Civil Action No.
S.p.A. and CAPITALIA INVESTMENT
MANAGEMENT S.A.

vs.

VIVENDI UNIVERSAL, S.A., JEAN-MARIE
MESSIER and GUILLAUME HANNEZO

----------------------------------------------------------X

### STATEMENT OF RELATEDNESS

The Court has jurisdiction over the claims asserted in this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1367 and Section 22 of the Securities Act, 15 U.S.C. §17v and Section 27 of the Exchange Act, 15 U.S.C. §78aa.

Plaintiffs bring this case for claims under Sections 11 (15 U.S.C. §77k), 12 (15 U.S.C. §77l(a)(2)), and 15 (15 U.S.C. §77o) of the Securities Act, Section 10(b) (15 U.S.C. §78j(b) and Rule 10b-5), 20(a) (15 U.S.C. §78t(a)) and 18 (15 U.S.C. §78r) of the Exchange Act and state common law fraud and negligent misrepresentation claims against Defendants for Plaintiffs' economic loss on their Vivendi ADSs and ordinary shares by reason of Defendants' fraudulent misrepresentations and omissions regarding the financial status and liquidity of Vivendi S.A. and the later merged company Vivendi Universal S.A. and for such further conduct as detailed in Plaintiffs' complaint.

The related case, *In re Vivendi Universal Securities Litigation,* Case No. 02-CV-5571, is assigned to Judge Holwell, and arises from the same set of facts and circumstances that form the basis of this action.

In the interests of judicial economy, Plaintiffs respectfully request that this action be deemed related to the above-listed action.

Dated: June 15, 2007
New York, New York

LABATON SUCHAROW & RUDOFF LLP

By: _____
Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Russel N. Jacobson (RJ-2268)
Michele C. Cerullo (MC-8481)
100 Park Avenue – 12th Floor
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs*

2