UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
CAPITALIA ASSET MANAGEMENT SGR,   :   Civil Action No. 07 CIV 5742
S.p.A. and CAPITALIA INVESTMENT   :
MANAGEMENT S.A.                   :   RULE 7.1 STATEMENT
                                  :
    vs.                           :
                                  :
VIVENDI UNIVERSAL, S.A., JEAN-MARIE :
MESSIER and GUILLAUME HANNEZO     :
                                  :
----------------------------------------------------------X



Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capitalia Investment Management S.A., a private non-governmental party, certifies on information and belief that the following are corporate parents of said party which are publicly held:  Capitalia S.p.A.

Dated: June 15, 2007
       New York, New York

                                    LABATON SUCHAROW & RUDOFF LLP

                                    By: _____
                                    Lawrence A. Sucharow (LS-1726)
                                    Eric J. Belfi (EB-8895)
                                    Russel N. Jacobson (RJ-2268)
                                    Michele C. Cerullo (MC-8481)
                                    100 Park Avenue – 12th Floor
                                    New York, NY 10017
                                    Telephone:  (212) 907-0700
                                    Facsimile:  (212) 818-0477

                                    *Attorneys for Plaintiffs*