UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| CAPITALIA ASSET MANAGEMENT SGR, S.p.A. and CAPITALIA INVESTMENT MANAGEMENT S.A.<br><br>vs.<br><br>VIVENDI UNIVERSAL, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO | **07 CIV 5742**<br>Civil Action No.<br><br>RULE 7.1 STATEMENT |

------------------------------------------------------------X



RECEIVED JUN 15 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capitalia Investment Management S.A., a private non-governmental party, certifies on information and belief that the following are corporate parents of said party which are publicly held: Capitalia S.p.A.

Dated: June 15, 2007
      New York, New York

LABATON SUCHAROW & RUDOFF LLP

By: _____
Lawrence A. Sucharow (LS-1726)
Eric J. Belfi (EB-8895)
Russel N. Jacobson (RJ-2268)
Michele C. Cerullo (MC-8481)
100 Park Avenue – 12th Floor
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiffs*