

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

CAPITALIA ASSET MANAGEMENT SGR,
S.p.A. and CAPITALIA INVESTMENT
MANAGEMENT S.A.,

                                 Plaintiffs,

        vs.

VIVENDI UNIVERSAL, S.A., JEAN-MARIE
MESSIER and GUILLAUME HANNEZO,

                                 Defendants.

ECF CASE

07 Civ. 5742 (RJH)(HBP)

STIPULATION AND ORDER

---

       WHEREAS, by letter dated July 12, 2007, Plaintiffs requested Defendant Vivendi Universal, S.A. ("Vivendi") and Defendant Jean-Marie Messier ("Messier") to waive service of a summons in this action pursuant to Federal Rules of Civil Procedure Rule 4(d); and

       WHEREAS, pursuant to Rule 4(d), on August 13, 2007, both Vivendi and Messier executed the waiver of service of a summons form provided by Plaintiffs, thereby requiring Vivendi and Messier to move against or answer the complaint no later than September 10, 2007.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Vivendi and Messier shall move against or answer the complaint no later than November 1, 2007, provided, however, that submission of a pre-motion conference letter by Vivendi or Messier pursuant to Rule 3(A) of Judge Holwell's Individual Practices no later than November 1, 2007, shall constitute a timely response.

August 13, 2007

KING & SPALDING LLP
by _____
Michael J. Malone
Richard T. Marooney
Lisa Albert

Attorneys for Defendant Jean-Marie Messier
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

CRAVATH, SWAINE & MOORE LLP
by _____
Paul C. Saunders
Daniel Slifkin
Michael T. Reynolds
Members of the Firm

Attorneys for Defendant Vivendi Universal, S.A.
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

LABATON SUCHAROW & RUDOFF LLP
by _____
Lawrence A. Sucharow
Eric J. Belfi
Russel N. Jacobson
Michele C. Cerullo

Attorneys for Plaintiffs
100 Park Avenue
New York, NY 10017
(212) 907-0700

SO ORDERED:

_____
Hon. Richard J. Holwell
United States District Judge
8/14/07