COPY MAILED/FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): ___
PLTFF PRO SE: ___
DFT PRO SE: ___
DATE: 9/4/07
BY: ___

DOC # 367

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

02 Civ. 5571 (RJH)(HBP)

**ORDER**

----------------------------------------x

CAPITALIA ASSET MANAGEMENT,
SGR, S.P.A., et al.,

        Plaintiffs,
   - against -

07 Civ. 5742 (RJH)

VIVENDI UNIVERSAL, S.A., et al.,

        Defendants.
----------------------------------------x

     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Court hereby consolidates the above-captioned cases for all purposes under the docket number of the lead case *In re Vivendi Universal, S.A. Securities Litigation*, 02 Civ. 5571.

SO ORDERED.

Dated: New York, New York
       August 17, 2007

                                    Richard J. Holwell
                                  United States District Judge