UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————x
:
CAPITALIA ASSET MANAGEMENT SGR S.p.A.  :  No. 07 Civ. 5742 (RJH)
and CAPITALIA INVESTMENT MANAGEMENT    :
S.A.,                                  :
                                       :
                Plaintiffs,            :
                                       :
        - against -                    :
                                       :
VIVENDI, S.A., JEAN-MARIE MESSIER      :
and GUILLAUME HANNEZO,                 :
                                       :
                Defendants.            :
                                       :
————————————————————————x

## NOTICE OF APPEARANCE

Please enter the appearance of David J. Goldsmith, a member of the bar of this Court, as counsel for Plaintiffs Capitalia Asset Management SGR S.p.A. and Capitalia Investment Management S.A. in the above-captioned action.

Dated:  New York, New York               Respectfully submitted,
        September 28, 2007
                                         LABATON SUCHAROW LLP

                                 By:     /s/  Russel N. Jacobson__
                                         Russel N. Jacobson (RJ-2268)
                                         David J. Goldsmith (DG-7388)
                                         140 Broadway
                                         New York, New York  10005
                                         Telephone:  212-907-0700
                                         Facsimile:  212-818-0477

                                         *Attorneys for Plaintiffs Capitalia Asset
                                         Management SGR S.p.A. and Capitalia
                                         Investment Management S.A.*

Certificate of Service

      I hereby certify that on September 28, 2007, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY  10019  

Michael J. Malone  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY  10036  

Michael E. Swartz, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY  10022  

/s/ David J. Goldsmith  
David J. Goldsmith (DG-7388)