UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────x
                                         :
CAPITALIA ASSET MANAGEMENT SGR S.p.A.    :   No. 07 Civ. 5742 (RJH)
and CAPITALIA INVESTMENT MANAGEMENT      :
S.A.,                                    :
                                         :
                    Plaintiffs,          :
                                         :
        - against -                      :
                                         :
VIVENDI, S.A., JEAN-MARIE MESSIER        :
and GUILLAUME HANNEZO,                   :
                                         :
                    Defendants.          :
                                         :
─────────────────────────────────────────x

## NOTICE OF CHANGE OF
## FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective September 1, 2007, Labaton Sucharow & Rudoff LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017, as follows:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Sucharow LLP attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to this address.

2

Dated: New York, New York
      September 28, 2007

Respectfully submitted,

LABATON SUCHAROW LLP

By:   /s/ Russel N. Jacobson_____
      Russel N. Jacobson (RJ-2268)
      David J. Goldsmith (DG-7388)
      140 Broadway
      New York, New York  10005
      Telephone:  212-907-0700
      Facsimile:  212-818-0477

*Attorneys for Plaintiffs Capitalia Asset Management SGR S.p.A. and Capitalia Investment Management S.A.*

Certificate of Service

      I hereby certify that on September 28, 2007, I caused the foregoing Notice of Change of Firm Name and Address to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds  
Cravath, Swaine & Moore LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY  10019  

Michael J. Malone  
King & Spalding LLP  
1185 Avenue of the Americas  
New York, NY  10036  

Michael E. Swartz, Esq.  
Schulte Roth & Zabel LLP  
919 Third Avenue  
New York, NY  10022  

      /s/ David J. Goldsmith  
      David J. Goldsmith (DG-7388)