UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                              :
CAPITALIA ASSET MANAGEMENT SGR S.p.A.   :    No. 07 Civ. 5742 (RJH)
and CAPITALIA INVESTMENT MANAGEMENT     :
S.A.,                                         :
                                              :
                    Plaintiffs,               :
                                              :
          - against -                         :
                                              :
VIVENDI, S.A., JEAN-MARIE MESSIER             :
and GUILLAUME HANNEZO,                        :
                                              :
                    Defendants.               :
                                              :
———————————————————————x

## NOTICE OF CHANGE OF
## FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective September 1, 2007, Labaton Sucharow & Rudoff

LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York

10017, as follows:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned

and other Labaton Sucharow LLP attorneys remains unchanged.  All further pleadings and

correspondence in this action should be sent to this address.

Dated:  New York, New York  
       October 1, 2007

Respectfully submitted,

LABATON SUCHAROW LLP

By:    /s/  Russel N. Jacobson_____  
       Russel N. Jacobson (RJ-2268)  
       140 Broadway  
       New York, New York  10005  
       Telephone:  212-907-0700  
       Facsimile:  212-818-0477

       *Attorneys for Plaintiffs Capitalia Asset*  
       *Management SGR S.p.A. and Capitalia*  
       *Investment Management S.A.*

<u>Certificate of Service</u>

I hereby certify that on October 1, 2007, I caused the foregoing Notice of Change of Firm Name and Address to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Michael J. Malone
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Michael E. Swartz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

/s/ Russel N. Jacobson
Russel N. Jacobson (RJ-2268)