UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
                                :

IN RE VIVENDI UNIVERSAL, S.A.      :   No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION            :
                                :

This Document Relates To:          :
                                :

07 Civ. 5742                      :
———————————————————————x

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Joseph A. Fonti, a member of the bar of this Court, as counsel

for Plaintiffs Capitalia Asset Management SGR S.p.A. and Capitalia Investment Management S.A.

in the above-captioned action.


Dated: New York, New York          Respectfully submitted,
      January 10, 2008

                                  LABATON SUCHAROW LLP

                    By:    /s/  Eric Belfi_____
                                Eric Belfi (EB-8895)
                                Joseph A. Fonti (JF-3201)
                                140 Broadway
                                New York, New York  10005
                                Telephone:  212-907-0700
                                Facsimile:  212-818-0477

                                *Attorneys for Plaintiffs Capitalia Asset*
                                *Management SGR S.p.A. and Capitalia*
                                *Investment Management S.A.*

<u>Certificate of Service</u>

I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

Michael T. Reynolds                    Michael J. Malone
Cravath, Swaine & Moore LLP            King & Spalding LLP
Worldwide Plaza                        1185 Avenue of the Americas
825 Eighth Avenue                      New York, NY  10036
New York, NY  10019

                                       Michael E. Swartz, Esq.
                                       Schulte Roth & Zabel LLP
                                       919 Third Avenue
                                       New York, NY  10022


                                       /s/  Joseph A. Fonti
                                       Joseph A. Fonti (JF-3201)