UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x
                                                     :
IN RE VIVENDI UNIVERSAL, S.A.         :   No. 02 Civ. 5571 (RJH) (HBP)
SECURITIES LITIGATION                      :
                                                     :
This Document Relates To:                   :
                                                     :
07 Civ. 5742                                       :
———————————————————————x

## NOTICE OF APPEARANCE

Please enter the appearance of Joseph A. Fonti, a member of the bar of this Court, as counsel for Plaintiffs Capitalia Asset Management SGR S.p.A. and Capitalia Investment Management S.A. in the above-captioned action.

| | |
|---|---|
| Dated:  New York, New York<br>January 10, 2008 | Respectfully submitted,<br><br>LABATON SUCHAROW LLP |
| By: | /s/  Eric Belfi_____<br>Eric Belfi (EB-8895)<br>Joseph A. Fonti (JF-3201)<br>140 Broadway<br>New York, New York  10005<br>Telephone:  212-907-0700<br>Facsimile:  212-818-0477<br><br>*Attorneys for Plaintiffs Capitalia Asset Management SGR S.p.A. and Capitalia Investment Management S.A.* |

Certificate of Service

    I hereby certify that on January 10, 2008, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court through the Court's CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice, and to be sent by U.S. mail, first class postage prepaid, to the following counsel:

| | |
|---|---|
| Michael T. Reynolds<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY  10019 | Michael J. Malone<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, NY  10036<br><br>Michael E. Swartz, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY  10022 |

        /s/  Joseph A. Fonti
        Joseph A. Fonti (JF-3201)