UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x
:
IN RE VIVENDI UNIVERSAL, S.A.          :    Master File No.
SECURITIES LITIGATION                  :    02 Civ. 5571 (RJH) (HBP)
:
This Document Relates To:              :
:
—————————————————————————x
:
CAPITALIA ASSET MANAGEMENT SGR S.p.A.  :    No. 07 Civ. 5742 (RJH) (HBP)
and CAPITALIA INVESTMENT MANAGEMENT    :
S.A.,                                  :
:    *STIPULATION*
Plaintiffs,                   :    *+ ORDER*
:
- against -                   :
:
VIVENDI, S.A., JEAN-MARIE MESSIER      :
and GUILLAUME HANNEZO,                 :
:
Defendants.                   :
:
—————————————————————————x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2008

**WHEREAS** Magistrate Judge Pitman entered an Order dated April 10, 2008;

**WHEREAS** said Order omits mention of the contention interrogatories submitted by

counsel for Defendant Guillaume Hannezo on January 14, 2008 to counsel for Plaintiffs

Capitalia Asset Management Company SGR S.p.A. and Capitalia Investment Management S.A.

(the "Contention Interrogatories");

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED**

**COUNSEL,** that, in light of and pursuant to the terms of Magistrate Judge Pitman's April 10,

10656077.2

2008 Order, Mr. Hannezo withdraws his Contention Interrogatories.

Dated:  New York, New York
          April 17, 2008

_____
Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorneys for Defendant Guillaume Hannezo*

_____
Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700
*Attorneys for Capitalia Asset Management Company SGR S.p.A. and Capitalia Investment Management S.A.*

**SO ORDERED:**

_____
Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
          April 23, 2008

10656077.2