```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VIVENDI UNIVERSAL, S.A.　　　　　02 Civ. 5571(RJH)(HBP)
SECURITIES LITIGATION

**ORDER**

This Document Relates To:

ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

At the telephone conference held on June 17, 2008, the Court adopted the following briefing schedule for summary judgment motions:

1. Moving papers to be filed by July 15, 2008;

2. Opposition papers to be filed by August 15, 2008;

3. Reply papers to be filed by August 25, 2008.

SO ORDERED.

Dated: New York, New York
　　　　June 23, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Richard J. Holwell
　　　　　　　　　　　　　　　　　　　United States District Judge