UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.  :  02 Civ. 5571 (RJH/HBP)
SECURITIES LITIGATION :
 : ECF CASE
This Document Relates To: :
 :
---------------------------------------------------------------x
 :
CAPITALIA ASSET MANAGEMENT SGR  : No. 07 Civ. 5742 (RJH/HBP)
S.p.A. and CAPITALIA INVESTMENT :
MANAGEMENT S.A., : ECF CASE
 :
                    Plaintiffs, :
 :
         - against - :
 :
VIVENDI, S.A., JEAN-MARIE MESSIER :
and GUILLAUME HANNEZO, :
 :
                    Defendants. :
 :
---------------------------------------------------------------x


AUG - 4 2008
CHAMBERS OF
RICHARD J. HOLWELL

## STIPULATION AND ORDER

WHEREAS, Capitalia Asset Managements SGR, S.p.A. and Capitalia Investment Management S.A. (collectively, "Capitalia") filed a complaint against Vivendi Universal, S.A., Jean-Marie Messier, and Guillaume Hannezo on June 15, 2007;

WHEREAS, Capitalia alleges in its complaint, *inter alia*, that Mr. Hannezo has violated Section 18 of the Securities Exchange Act, 15 U.S.C. § 78r ("Section 18");

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned,

that Capitalia withdraws its Section 18 claims against Mr. Hannezo with prejudice.

| | |
|---|---|
| **LABATON SUCHAROW LLP** | **SCHULTE ROTH & ZABEL LLP** |
| By: _____ | By: _____ |
| Anthony J. Harwood | Martin L. Perschetz |
| 140 Broadway | Michael E. Swartz |
| New York, New York 10005 | 919 Third Avenue |
| (212) 907-0700 | New York, NY 10022 |
| *Attorneys for Plaintiffs Capitalia Asset Management Company SGR S.p.A. and Capitalia Investment Management S.A.* | (212) 756-2000 |
| | *Attorneys for Defendant Guillaume Hannezo* |

SO ORDERED this  7  day of  August , 2008:

_____
Hon. Richard J Holwell
United States District Court Judge

2